CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> ABELARDO MARTINEZ, <br>     Defendant. | CASE NO: 2:17-cr-169-KJD-VCF-4 <br><br> **STIPULATION TO CONTINUE HEARING ON SUPERVISED RELEASE VIOLATION PETITION** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED by ABELARDO MARTINEZ, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through MINA CHANG, ESQ., Assistant United States Attorney, that the hearing on the Supervised Release Violation Petition currently scheduled for September 13, 2021, be continued to the week of September 20, 2021, to a date and time convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Counsel for Defendant Martinez is scheduled to resume a murder trial in state court in *State of Nevada v. Omar Rueda-Denvers*, Case No. 07C235875-1, on September 13, 2021. The trial had previously been postponed due to COVID-19 exposure. Counsel's trial will conclude by September 17, 2021.

2. Counsel for Defendant Martinez is scheduled to begin a capital murder trial in state court in *State of Nevada v. Contrayer Zone*, C-16-316686-2, on September 27, 2021.

3. Counsel for Defendant Martinez requests this brief one-week continuance to allow him to appear in the instant case during the week between the two trials.

4. Defendant Abelardo Martinez is not in custody, and he does not oppose the requested continuance.

5. The Government has no objection to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: September 8, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher R. Oram* | */s/ Mina Chang* |
| Christopher R. Oram, Esq. | Mina Chang, Esq. |
| 520 S. Fourth Street, Second Floor | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorney for Abelardo Martinez | Las Vegas, Nevada 89101 |
| | Attorney for the United States of America |

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:17-cr-169-KJD-VCF-4 |
| Plaintiff, | |
| vs. | **ORDER** |
| ABELARDO MARTINEZ, | (First Request) |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant Martinez is scheduled to resume a murder trial in state court in *State of Nevada v. Omar Rueda-Denvers*, Case No. 07C235875-1, on September 13, 2021. The trial had previously been postponed due to COVID-19 exposure. Counsel's trial will conclude by September 17, 2021.

2. Counsel for Defendant Martinez is scheduled to begin a capital murder trial in state court in *State of Nevada v. Contrayer Zone*, C-16-316686-2, on September 27, 2021.

3. Counsel for Defendant Martinez requests this brief one-week continuance to allow him to appear in the instant case during the week between the two trials.

4. Defendant Abelardo Martinez is not in custody, and he does not oppose the requested continuance.

3

5. The Government has no objection to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the hearing effectively and thoroughly, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the hearing on the Supervised Release Violation Petition currently scheduled for September 13, 2021, at the hour of 2:30 p.m. be vacated and continued to the 21st day of September, 2021, at the hour of 2:30 p.m., in Courtroom 3D before Judge Ferenbach.

DATED AND DONE this 9th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE