CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00169-KJD-VCF |
| Plaintiff, | **Motion to Dismiss the Petition Without Prejudice** |
| v. | |
| ABELARDO MARTINEZ, | |
| Defendant. | |

At the request of U.S Probation, the Government files this motion to dismiss the petition against defendant Abelardo Martinez (ECF No. 186), alleging violation of conditions of his supervised release.

Respectfully submitted this 9th day of May, 2022.

                                                  CHRISTOPHER CHIOU
                                                  Acting United States Attorney

                                                  */s/ Jared L. Grimmer*
                                                  JARED L. GRIMMER
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ABELARDO MARTINEZ,<br><br>         Defendant. | Case No. 2:17-cr-00169-KJD-VCF<br><br>**Order of Dismissal of the Petition Without Prejudice** |

Pursuant to the request of the government, the Petition against Defendant Abelardo Martinez alleging violation of conditions of his supervised release (ECF No. 186), is hereby dismissed without prejudice. IT IS FURTHER ORDERED that Status hearing set May 11, 2022 is hereby VACATED.

DATED this 9th day of May, 2022.

_____
HONORABLE KENT DAWSON
UNITED STATES DISTRICT JUDGE